July 02, 2004

Mr. Thomas E. Sheffield
3027 Marina Bay Drive, Suite 207
League City, TX 77573
Mr. William D. Noel
8200 Wednesbury Lane, Suite 420
Houston, TX 77074-2925

RE: Case Number: 02-0326
 Court of Appeals Number: 06-01-00012-CV
 Trial Court Number: 18,398

Style: MIDTEXAS PIPELINE COMPANY
 v.
 WALTER ROY WRIGHT, III

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause. One majority opinion and one
concurring opinion issued for consolidated cases 02-0213, 02-0214, 02-0215,
02-0216, 02-0217, 02-0320, 02-0321, 02-0326, and 02-0356. (Justice O'Neill
and Justice Schneider not sitting.)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Harvey |
| |Vornsand |
| |Ms. Linda Rogers |